UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

```
U.S. DISTRICT COURT
DISTRICT OF VERMONT
        FILED
       6-1-2021
BY          ᴌᴀᴡ
    DEPUTY CLERK
```

Timothy Dasler

_____
Plaintiff(s)

vs.                    Civil Action No: 2:21-cv-135

Jennifer Knapp(F.K.A. Jennifer Dasler)

_____
Defendant(s)

## APPLICATION FOR LEAVE TO PROCEED IN FORMA PAUPERIS

Plaintiff moves this Court for an order permitting him to file this action *in forma pauperis* without prepayment of fees and costs or security therefore because as the attached affidavit indicates, s/he is unable to pay such costs or give security therefore.

Dated at Orford, NH _____, Vermont, this __3__ day of March _____, 2021 .

_____
Plaintiff

(Rev. 3/12)