UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| Timothy Dasler,<br><br>    Plaintiff,<br><br>    v.<br><br>Jennifer Knapp,<br><br>    Defendant. | Civil Action No. 2:21–cv–135 |

## ORDER

On or before October 25, 2021, Plaintiff shall return executed his Magistrate Judge Assignment Form in accordance with Local Rule 73(c).

Dated at Burlington, in the District of Vermont, this 14th day of October 2021.

                                                                  */s/ Kevin J. Doyle*
                                                                  Kevin J. Doyle
                                                                  United States Magistrate Judge